UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT L. AARON )<br>10410 Mountain Quail Road )<br>Silver Spring, MD 20901 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　　)<br>R. JAMES NICHOLSON, Secretary, )<br>U.S. Department of Veterans Affairs, )<br>Office of the General Counsel (024) )<br>810 Vermont Ave., NW )<br>Washington, DC 20420 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>_____) | Civil Action No. 06-2156 (RBW)<br>Electronic Case Filing |

### ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney **Quan K. Luong** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of **January**, 2007, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

> HERBERT L. AARON
> 10410 Mountain Quail Road
> Silver Spring, MD 20901

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150