UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-2156 (RBW) |
| R. JAMES NICHOLSON, Secretary, | ) |
| U.S. Department of Veterans Affairs | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant R. James Nicholson, Secretary, Department of Veterans Affairs, hereby respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's complaint. In support of this request, Defendant states as follows:

1. The Defendant's answer is currently due to be filed on February 20, 2007.

2. The undersigned representative has recently learned that Agency counsel is still in the process of collecting information and documentation necessary to respond to the Plaintiff's complaint. However, due to the unexpected absence of a number of personnel in Agency's counsel office and the press of other work, Agency counsel requires additional time to procure the necessary information and documentation to assist the undersigned representative in preparing a response to Plaintiff's complaint.

3. Defendant expects to file a dispositive motion once Agency counsel has completed her review and procurement of the necessary information and

documentation.

4. The Defendant is requesting an additional thirty days to file either an answer or a dispositive motion.

5. Pursuant to Local Rule 7(m), the undersigned counsel has left telephone messages with the pro se Plaintiff regarding this motion, but has not yet heard back from Plaintiff.

For the foregoing reasons, Defendant respectfully requests that the Court grant an enlargement of time to March 22, 2007 for Defendant to file either an answer or a dispositive motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Quan K. Luong
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion for Enlargement of Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**HERBERT AARON**
10410 Mountain Quail Road
Silver Spring, MD 20901

on this 15th day of February, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-2156 (RBW) |
| R. JAMES NICHOLSON, Secretary, | ) |
| U.S. Department of Veterans Affairs | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted and Defendant shall have until March 22, 2007 to file his answer or a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE