UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT AARON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-2156 (RBW) |
| ) | |
| R. JAMES NICHOLSON, Secretary ) | |
| Department of Veterans Affairs ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently before the Court is the government's March 22, 2007 motion to dismiss.  The plaintiff is proceeding pro se in this matter.

The District of Columbia Circuit Court of Appeals has held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988).  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id.  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than July 30, 2007.  If plaintiff neither responds nor moves for an extension of time by the due date, the Court will treat the motion as conceded and enter judgment in favor of the defendant.

**SO ORDERED** this 28th day of June 2007.

REGGIE B. WALTON
United States District Judge