UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERBERT AARON,                )
                              )
        Plaintiff,             )
                              )
    v.                        )
                              ) Civil Action No. 06-2156 (RBW)
R. JAMES NICHOLSON, Secretary, )
U.S. Department of Veterans Affairs )
                              )
        Defendant.             )

## JOINT STIPULATION AND ORDER OF DISMISSAL

*Pro Se* Plaintiff Herbert Aaron, Plaintiff, and Defendant R. James Nicholson, Secretary, Department of Veterans Affairs, together the Parties, hereby stipulate, subject to the approval of the Court, to dismissal with prejudice of the above-captioned action.[1] Each of the Parties shall bear their own fees and costs.

Respectfully submitted,

PLAINTIFF

/s/ Herbert Aaron 7/24/07
HERBERT AARON

COUNSEL FOR DEFENDANT,
DEPARTMENT OF VETERANS AFFAIRS

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Quan K. Luong
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] This Joint Stipulation and Order of Dismissal is executed pursuant to a settlement agreement reached by the Plaintiff and Defendant in a separate matter before the Equal Employment Opportunity Commission. In pertinent part, Plaintiff agreed to withdraw this matter with prejudice as a term of the settlement.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-2156 (RBW) |
| R. JAMES NICHOLSON, Secretary, | ) |
| U.S. Department of Veterans Affairs | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Parties' Joint Stipulation and Order of Dismissal, it is hereby ordered that this action is dismissed with prejudice.


Date:  July _____, 2007          _____
                                     UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Joint Stipulation and Order of Dismissal to be served by first class mail upon *pro se* Plaintiff at:

**HERBERT AARON**
10410 Mountain Quail Road
Silver Spring, MD 20901

on this 25th day of July, 2007.

_____
QUAN K. LUONG
Special Assistant United States Attorney